IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                    CASE NO. 1:07-cr-00006-MP-AK

HENRY F PARRISH,

    Defendant.

_____/

## **O R D E R**

A jury trial status teleconference was held in this case on June 8, 2007. As discussed during the hearing, this case is set for trial Tuesday, June 12, 2007, with the attorney conference at 12:30 p.m. and jury selection beginning immediately thereafter.

**DONE AND ORDERED** this  *11th*   day of June, 2007

                *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge