IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:07-cr-00006-MP-AK

HENRY F. PARRISH,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 32, Motion to Continue Sentencing Hearing, filed by Defendant Henry Parrish. In his motion, Defendant states that because of other professional obligations, his attorney will be unable to appear at the sentencing hearing set for August 29, 2007. Because of this, Defendant requests a continuance of his sentencing, and the Government does not object to the requested continuance. After considering the matter, the Court grants Defendant's motion, and the sentencing hearing is hereby reset for Wednesday, September 12, 2007, at 10:00 a.m.

    **DONE AND ORDERED** this   *28th* day of August, 2007

              *s/Maurice M. Paul*
               Maurice M. Paul, Senior District Judge