IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


UNITED STATES OF AMERICA,

v.                                                        CASE NO. 1:07-cr-00006-MP-AK

HENRY F PARRISH,

     Defendant.

_____/

## **O R D E R**

     This matter is before the Court on Doc. 52, Motion Obtain Copy of Presentence

Investigation Report by Henry F Parrish.  The government does not oppose the motion.  The

motion is granted, and counsel for defendant, Robert Harper, has permission to obtain a copy of

the PSR and any amendments to the PSR.

     **DONE AND ORDERED** this *13th*  day of March, 2008


          *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge