IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES

v.     CASE NO. 1:07-cr-6-MP-GRJ

HENRY F PARRISH

_____/

**O R D E R**

On September 13, 2010, the Government filed a response to Defendant's pending 28 U.S.C § 2255 motion, in accordance with the Court's scheduling order, and certified that a copy of the response was sent to Defendant.  Docs. 78, 81.  The Court's scheduling order gave Defendant until October 27, 2010, to file a reply, but he did not do so.  This case is now before the Court on Doc. 85, Defendant's "Motion Requesting an Order for Production of Documents."  Defendant asserts that he never received the Government's response, and he requests free copies of the response and exhibits, as well as the Court's docket sheet, so that he may file a reply.

Congress has addressed the circumstances under which the Clerk may provide copies of documents from the Court's record to a petitioner without cost in a federal habeas proceeding:

> If on any application for a writ of habeas corpus an order has been made permitting the petitioner to prosecute the application in forma pauperis, the clerk of any court of the United States shall furnish to the petitioner without cost certified copies of such documents or parts of the record on file in his office as may be required by order of the judge before whom the application is pending.

28 U.S.C. § 2250.

Indigent petitioners are not automatically entitled to free copies, and whether to order the Clerk to provide free copies rests within the Court's discretion.  28 U.S.C.

§ 2250.

In this case, Defendant has not filed a motion for leave to proceed as a pauper, and the docket reflects that the Government served him with a copy of the response at Defendant's correct address. Accordingly, the motion will be denied, except to the extent that the Court will direct the Clerk to provide Defendant with a copy of the docket sheet.

If Defendant believes he is entitled to free copies due to indigent status, he must file a motion for leave to proceed IFP, together with a copy of his six-month account statement for the six months preceding his IFP motion. Otherwise, Defendant shall be required to tender the Clerk's standard copying fee of fifty cents (.50) per page prior to receiving copies of documents.

Accordingly, it is **ORDERED**:

1. The motion for copies, Doc. 85, is **DENIED** except to the extent that the **Clerk** shall send Defendant one copy of the docket.

2. The Clerk shall send Defendant the forms necessary to seek leave to proceed as a pauper. If Defendant wishes to proceed as a pauper, he must complete and return the forms, together with a certified copy of his six-month account statement, **on or before October 6, 2011.**

3. Defendant shall file any reply to the Government's response to his motion to vacate **on or before November 21, 2011.**

**DONE AND ORDERED** this 6th day of September 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

Case No: 1:07-cr-6-MP-GRJ